SECURITY-FIRST NATIONAL BANK OF LOS ANGELES, as Trustee, Appellant, *v.* MARJORIE F. LLOYD-SMITH, Respondent.

Argued November 25, 1940; decided December 31, 1940.

*Howard Osterhout* and *John B. Coman* for appellant.

*James A. Fowler, Jr.,* and *W. R. Perdue, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.